GLD-092                                                          NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4477
_____

IN RE: JEFFREY BEY,
                                                            Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the
Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 02-cv-00684)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 20, 2012

Before:  FUENTES, GREENAWAY, JR., and STAPLETON, Circuit Judges

(Opinion filed: February 9, 2012)
_____

OPINION
_____

PER CURIAM.

Jeffrey Bey, a federal inmate, has filed a pro se petition for a writ of mandamus

under 28 U.S.C. § 1651, asking this Court to compel the United States District Court for

the Eastern District of Pennsylvania to docket Bey's pleading titled "Application to Raise

a Federal Question of Law Pursuant to Title 28 U.S.C. § 1331."  Bey contends that the

district court "refuses to file and docket" this pleading.   Petition at 1.

Mandamus is available in extraordinary circumstances only.  In re Diet Drugs

Prods. Liab. Litig., 418 F.3d 372, 378 (3d Cir. 2005). Bey has not shown any basis for mandamus relief. The docket sheet for E.D. Pa. Crim. No. 02-cr-00684 reflects that Bey's "Application to Raise a Federal Question" was in fact docketed and filed on September 28, 2011, and the same pleading was docketed and filed again on two additional occasions after Bey had resubmitted it. See Docket Entries 104-106. Thus, contrary to Bey's suggestion, the district court has not refused to docket and file his pleading. Accordingly, we will deny the petition for a writ of mandamus.